**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BERNICE SPRINGER and JOHN SPRINGER,**

       **Plaintiffs,**

**-vs-**                                     **Case No. 6:09-cv-628-Orl-31DAB**

**WACHOVIA CORPORATION,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS (Doc. No. 12)**
>
> **FILED:**       **April 24, 2009**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The deadline for a response was May 11, 2009, and no response has been filed. For the reasons stated in Defendant's motion, the complaint fails to state a claim, and it is hereby **DISMISSED WITHOUT PREJUDICE**. The Plaintiffs may file an amended complaint on or before June 1, 2009.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2009.

                                                          GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party