# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BERNICE SPRINGER and JOHN SPRINGER,**

        **Plaintiffs,**

-vs-                                                  **Case No. 6:09-cv-628-Orl-31DAB**

**WACHOVIA BANK, N.A.**

        **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Tax Costs and Attorneys' Fees (Doc. 67) filed by the Defendant, Wachovia Bank, N.A. ("Wachovia") and the response (Doc. 73) filed by the Plaintiffs, Bernice and John Springer. The instant action was dismissed with prejudice on February 1, 2010. (Doc. 65). Judgement was entered against the Springers the next day. (Doc. 66) Costs have already been taxed against the Springers. (Doc. 71).

Wachovia seeks to recover its costs and fees pursuant to a provision in the Deposit Agreement entered into by the Springers when they opened their account at the bank.[1] The Springers make a perfunctory objection that the Deposit Agreement should not be enforced because it was a contract of adhesion, but they do not provide any evidence or explanation in support of this allegation. In addition, they do not object to the amount of costs ($350) or attorneys' fees ($22,752.42) sought by Wachovia in its motion.

---

[1] Wachovia also seeks to recover its costs pursuant to 28 U.S.C. § 1920.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Tax Costs and Attorneys' Fees (Doc. 67) is **GRANTED**. The Clerk is directed to enter judgment in favor of Wachovia Bank, N.A. and against John Springer and Bernice Springer, jointly and severally, in the total amount of $23,102.42.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 6, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party